3:08-CV-00440 - MJJ

6

United States District Court
Northern District of California

Jonathan Lee Riches ©,                    Civil NI:
Plaintiff
v.
Eric J. Savitz d/b/a Smart Money Magazine Editor;
Roger Lowenstein,
Defendants

Complaint

42 USC 1983. Defendants won't give me cleaning supplies for my toilet in solitary. I'm being held without due process which is illegal and unconstitutional. I seek $ 728 thousand

Respectfully
Submitted
Jonathan Lee Riches ©